

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00462-CV

Jose Luis **PENA**,
Appellant

v.

**COUNTY OF STARR**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-08-135
Honorable Romero Molina, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, we AFFIRM the granting of summary judgment with respect to appellant Jose Luis Pena's claims for age discrimination and retaliation for filing a workers' compensation claim. We REVERSE the summary judgment as to appellant Jose Luis Pena's claims for violation of the Family Medical Leave Act and discrimination based on disability, and REMAND the case to the trial court for further proceedings consistent with this opinion. Costs of the appeal are taxed against the party incurring same.

SIGNED December 18, 2013.

_____
Rebeca C. Martinez, Justice